# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES ROGERS

NO. 2026 KW 0421

**MAY 18, 2026**

---

In Re:    James Rogers, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 77-113-F.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief filed on or about March 14, 2024, on or before June 15, 2026, if it has not already been done so and to provide this court with a copy of its ruling by June 22, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT